**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Glendale Investment Alliance, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Thai Original BBQ** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-5412045** |
| 4. | Debtor's address | **Principal place of business**<br><br>**143 S Glendale Ave.**<br>**Glendale, CA 91205**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Glendale Investment Alliance, LLC**                                             Case number (*if known*)
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor **Glendale Investment Alliance, LLC**  Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list.

| | | |
|---|---|---|
| Debtor | Chat Ngamary, Jr. | Relationship | **Member** |
| District | Central District of California | When **10/28/22** | Case number, if known | **1:22-bk-11264-MB** |

**11. Why is the case filed in this district?**
Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
Check one:
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Glendale Investment Alliance, LLC**  Case number (*if known*)
           Name

16. **Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Glendale Investment Alliance, LLC**
Name

Case number (if known)

 Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 19, 2023
               MM / DD / YYYY

X /s/ Chaturonk Ngamary Jr.
Signature of authorized representative of debtor

Chaturonk Ngamary Jr.
Printed name

Title   **Managing Member**

18. **Signature of attorney**

X /s/ Giovanni Orantes
Signature of attorney for debtor

Date   May 19, 2023
       MM / DD / YYYY

Giovanni Orantes 190060
Printed name

The Orantes Law Firm, A.P.C
Firm name

3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
Number, Street, City, State & ZIP Code

Contact phone   (888) 619-8222    Email address   go@gobklaw.com

190060 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Glendale Investment Alliance, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thai CTK Import & Export<br>Attn: President or Corp. Officer<br>115 S. western Ave.<br>Los Angeles, CA 90004 | | | | | | $75,981.85 |
| Thai Original BBQ Factory<br>Attn: President or Corp. Officer<br>851 S. Vermont Ave.<br>Los Angeles, CA 90050 | | | | | | $73,088.75 |
| Thai Original BBQ International Inc<br>Attn: President or Corp. Officer<br>13114 Blythe Street<br>North Hollywood, CA 91605 | | | | | | $71,784.31 |

Attorney or Party Name, Address, Telephone & FAX Nos., FOR COURT USE ONLY
State Bar No. & Email Address
Giovanni Orantes 190060
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
(888) 619-8222 Fax: (877) 789-5776
California State Bar Number: 190060 CA
go@gobklaw.com

☐ Debtor(s) appearing without an attorney
☒ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Glendale Investment Alliance, LLC

CASE NO.:
CHAPTER: 11

Debtor(s).

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS
[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: May 19, 2023            /s/ Chaturonk Ngamary Jr.
                              Signature of Debtor 1

Date:
                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: May 19, 2023            /s/ Giovanni Orantes
                              Signature of Attorney for Debtor (if applicable)

Glendale Investment Alliance, LLC
143 S Glendale Ave.
Glendale, CA 91205


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010


California Department of Tax & Fee
Administration/Special Ops, MIC:55
Po Box 942879
Sacramento, CA 94279-0055


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


JOSUE ALVARADO PEREZ, ET AL
C/o Law Offices of Ball & Yorke
1001 Partridge Dr., Suite 330
Ventura, CA 93003


JUAN PINA GONZALEZ, ET AL
C/o Law Offices of Ball & Yorke
1001 Partridge Dr., Suite 330
Ventura, CA 93003

LESLIE CHAVARRIA, ET AL
C/o Law Offices of Ball & Yorke
1001 Partridge Dr., Suite 330
Ventura, CA 93003


Los Angeles County Tax Collector
Bankruptcy Unit
Po Box 54110
Los Angeles, CA 90054-0110


MANUAL PADILLAGONZALEZ, ET AL
C/o Law Offices of Ball & Yorke
1001 Partridge Dr., Suite 330
Ventura, CA 93003


Mercedes Benz Financial Services
Attn: President or Corp. Officer
Po Box 685
Roanoke, TX 76262


Thai CTK Import & Export
Attn: President or Corp. Officer
115 S. western Ave.
Los Angeles, CA 90004


Thai Original BBQ Factory
Attn: President or Corp. Officer
851 S. Vermont Ave.
Los Angeles, CA 90050


Thai Original BBQ International Inc
Attn: President or Corp. Officer
13114 Blythe Street
North Hollywood, CA 91605


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Giovanni Orantes 190060**<br>**3435 Wilshire Blvd., Suite 2920**<br>**Los Angeles, CA 90010**<br>**(888) 619-8222 Fax: (877) 789-5776**<br>California State Bar Number: **190060 CA**<br>**go@gobklaw.com** | FOR COURT USE ONLY |
|---|---|

■ Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Glendale Investment Alliance, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,  **Giovanni Orantes 190060**                                   , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                              F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**May 19, 2023**　　　　　　　　　　　　　　　　By:　/s/ **Giovanni Orantes**
Date　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor, or attorney for Debtor

　　　　　　　　　　　　　　　　　　　　　　　Name:　**Giovanni Orantes 190060**
　　　　　　　　　　　　　　　　　　　　　　　　　　Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　　　　　　　　　　　　　F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Chaturonk Ngamary Jr.
13114 Blythe St.
North Hollywood, CA 91605

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                               F 1007-4.CORP.OWNERSHIP.STMT

United States Bankruptcy Court
Central District of California

In re   Glendale Investment Alliance, LLC                                              Case No
                                                              Debtor(s)                Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Chaturonk Ngamary Jr., declare under penalty of perjury that I am the Managing Member of Glendale Investment Alliance, LLC, and that the following is a true and correct copy of the resolution I adopted as the sole member of said company on the 17th day of April of 2023.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chaturonk Ngamary Jr., Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Chaturonk Ngamary Jr., Managing Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Chaturonk Ngamary Jr., Managing Member of this Company is authorized and directed to employ Giovanni Orantes 190060, attorney and the law firm of The Orantes Law Firm, A.P.C to represent the corporation in such bankruptcy case."

Date  May 19, 2023                              Signed  _____
                                                        Chaturonk Ngamary Jr

Resolution of Board of Directors
of
Glendale Investment Alliance, LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chaturonk Ngamary Jr., Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Chaturonk Ngamary Jr., Managing Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Chaturonk Ngamary Jr., Managing Member of this Company is authorized and directed to employ Giovanni Orantes 190060, attorney and the law firm of The Orantes Law Firm, A.P.C to represent the company in such bankruptcy case.

Date  May 19, 2023                                              Signed

Date  May 19, 2023                                              Signed